LAW OFFICES OF RON BOCHNER
Ron K. Bochner - 160093
3333 Bowers Avenue, Suite 130
Santa Clara, California 95054
(408) 200-9890
robolaw@justice.com

ATTORNEY FOR PLAINTIFFS

**IT IS SO ORDERED**
Judge James Ware
10/2/2009

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| MARIA LEON, RAPHAEL LEON on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EMERGENCY MEDICAL GROUP OF WATSONVILE, MARINA MEDICAL BILLING SERVICE INC., BLUE CROSS OF CALIFORNIA, BLUE SHIELD OF CALIFORNIA, CALIFORNIA PHYSICIANS' SERVICE and DOES 1-1000, inclusive,<br><br>    Defendants.<br>_____/ | Case No.  CV 09-04306 JW<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BLUE CROSS OF CALIFORNIA, BLUE SHIELD OF CALIFORNIA AND CALIFORNIA PHYSICIANS WITHOUT PREJUDICE |

Plaintiffs MARIA LEON and RAPHAEL LEON hereby dismiss of Defendants BLUE CROSS OF CALIFORNIA, BLUE SHIELD OF CALIFORNIA and CALIFORNIA

//

1  PHYSICIANS without prejudice.

2

3
                    LAW OFFICE OF RON BOCHNER

4

5

6  September 17, 2009                    BY _____
                                                  RON K. BOCHNER
7                                                    Attorney for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26