1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   JAY C. GANDHI (SB# 192613)
2  695 Town Center Drive
   Seventeenth Floor
3  Costa Mesa, CA  92626-1924
   Telephone:  (714) 668-6242
4  Facsimile:   (714) 979-1921
   jaygandhi@paulhastings.com
5
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
6  COLIN E. KELLEY (SB# 250509)
   1117 S. California Avenue
7  Palo Alto, CA  94304-1106
   Telephone:  (650) 320-1805
8  Facsimile:   (650) 320-1905
   colinkelley@paulhastings.com
9

10 Attorneys for Defendant
   MARINA MEDICAL BILLING SERVICE, INC.
11

*IT IS SO ORDERED*
*Judge James Ware*
10/2/2009

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

15

16 | MARIA LEON, RAPHAEL LEON on behalf of themselves and others similarly situated, | CASE NO. CV 09-04306-JW |
17 | | **JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
18 | Plaintiffs, | |
19 | vs. | |
20 | EMERGENCY MEDICAL GROUP OF WATSONVILLE, MARINA MEDICAL BILLING SERVICE INC., BLUE CROSS OF CALIFORNIA, BLUE SHIELD OF CALIFORNIA, CALIFORNIA PHYSICIANS' SERVICE, et al., | |
21 | | |
22 | | |
23 | Defendants. | |
24

LEGAL_US_W # 62781640.1

09/29/2009 09:57 FAX 5107403699                                                                                     ☒002/002

Plaintiffs Maria and Raphael Leon and Defendant Marina Medical Billing Service, Inc., by and through their respective attorneys, hereby stipulate that the time within which Marina Medical must answer or otherwise respond to the First Amended Class Action Complaint is extended as follows:

- If the matter is remanded, Marina Medical must respond within ten days after the order of remand is issued by the District Court.
- If the matter is not remanded upon the first motion requesting remand, Marina Medical must respond within ten days of the decision denying remand.

Except as set forth herein, nothing in this Stipulation shall constitute a waiver by any party of any claim, right, defense or argument.

DATED: September ___, 2009

JAY C. GANDHI
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
        Jay C. Gahndi

Attorneys for Defendant
MARINA MEDICAL BILLING SERVICE, INC.

DATED: September ___, 2009

RON K. BOCHNER
LAW OFFICE OF RON BOCHNER

By: _____
        Ron K. Bochner

Attorney for Plaintiffs
MARIA LEON and RAPHAEL LEON

LEGAL_US_W # 62781640.1                                  -2-

JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT